```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 JUAN GALICIA BLANCO,

                Plaintiff,           **MEMORANDUM & ORDER**
                                     1:23-cv-09408 (EK)(RML)
          -against-

 M&R Plaza Deli Inc. et al,

                Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated 10/29/24. ECF No. 21. Judge Levy recommends that this Court grant in part and deny in part plaintiff's motion for default judgment and award $17,049.90 in damages with post-judgment interest. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Levy's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, I grant in part and deny in part plaintiff's motion for default judgment and award $17,049 in damages plus post-judgement interest at the rate set forth in 28 U.S.C. § 1961(a). Plaintiff is directed to

submit a motion for attorney's fees within thirty days of the date of this order, if he intends to seek an award of such fees. Any such motion will be referred to Judge Levy for resolution.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    November 14, 2024
         Brooklyn, New York